# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE AND ARRAIGNMENT*

USA vs **Amy Laura Leonard**   Date: January 31, 2020

Case No. **2:19-CR-96**   Time 9:00 to 9:20

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**   **DEFENSE ATTORNEY**

Amy Laura Leonard   Michael Cabage (By Telephone)

**PROCEEDINGS:**   Arrest Date: 1/29/20

- [✓] Defendant sworn [✓] Defendant found competent
- [✓] Defendants advised of charges, penalties, and rights
- [✓] Copy of indictment provided to defendant or counsel by clerk
- [✓] Financial affidavit executed [✓] Defendants found indigent
- [✓] Counsel present and appointed [ ] Counsel to be appointed [ ] Counsel to be retained
- [✓] Plea of not guilty to all charges
- [ ] Agreement of government counsel to conditions of release
- [ ] Bond and Conditions of pretrial release set
- [ ] Defendants advised of penalties for violations of pretrial release
- [✓] Oral motion by USA for detention [✓] Detention hearing waived with right to hearing reserved
- [ ] Detention Hearing scheduled
- [✓] Defendant remanded to custody of U.S. Marshal [ ] Defendant released on bond
- [✓] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-19-CR-96_20200131_085053