# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.

AMY LAURA LEONARD
*Defendant*

Case No. 2:19-CR-**96**    SEALED

RECEIVED BY: **Max**
DATE: **7.9.2019**    TIME: **5:00**

## ARREST WARRANT

U.S. MARSHAL E/TN
GREENEVILLE, TN

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AMY LAURA LEONARD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance (21 U.S.C. § 846 and 841(a)(1), (b)(1)(A))

Possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance (21 U.S.C. § 841(a)(1) and (b)(1)(A))

Conspiracy to commit money laundering (18 U.S.C. § 1956(h))

Date: **7-9-19**

*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK
*Printed name and title*

City and state: Greeneville, Tennessee

### Return

This warrant was received on *(date)* **7/9/19**, and the person was arrested on *(date)* **1/29/20**
at *(city and state)* **Greeneville, TN**.

Date: **1/29/20**

*Arresting officer's signature*

DUSM M. Kaag
*Printed name and title*

FID # 10741557     197+-0710-2213-Z