UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )   2:19-CR-96(1, 3, 5, 7, 15-18, 22-25)<br>) |
| vs. | )<br>) |
| WILLIAM ROGER WOODIE, et al. | )<br>) |
| Defendants | )<br>) |

## **ORDER**

A status conference in this cause will be held by teleconference on **Monday, January 11, 2021 at 2:00 p.m.** Counsel for all defendants in this matter who have not yet entered into a plea agreement shall participate.

To participate in the teleconference, counsel should call 1-888-278-0296 and enter access code 1539438 at the appointed time.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge