IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | No. 2:19-CR-96 |
| ) | |
| ) | |
| ANTHONY NATHAN SMITH ) | |

**MOTION TO ADOPT MOTION TO CONTINUE**

Comes Anthony Nathan Smith, by and through counsel, and moves the Court to be permitted to adopt the Motion for Continuance of the trial date as well as the plea deadline in the Motion filed by William Woodie [Doc. 807].

/s/Jerry W. Laughlin
Jerry W. Laughlin (BPR#002120)
Counsel for Defendant Anthony Nathan Smith

LAUGHLIN, NUNNALLY, HOOD & CRUM, PC
100 South Main Street
Greeneville, TN 37743
423-639-5183

## CERTIFICATE OF SERVICE

       I hereby certify that notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

       This the 29th day of March, 2021.

                                            /s/Jerry W. Laughlin
                                            Jerry W. Laughlin

L:\Criminal\Smith, Anthony (U.S. vs.) 19-2101\Motion to Adopt Motion for Continuance